## TRIM v. STATE.
### No. 23445.

Court of Criminal Appeals of Texas.
Oct. 30, 1946.

Rehearing Denied Nov. 20, 1946.

No appearance for appellant on appeal.

Ernest S. Goens, State's Atty., of Austin, for the State.

GRAVES, Judge.

The conviction is for burglary. The punishment assessed is confinement in the state penitentiary for a term of five years.

The indictment and all other matters of procedure appear regular. The record is before us without a statement of facts or bills of exception, in the absence of which no question has been presented for review.

The judgment of the trial court is affirmed.